UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS CHARLES DAVIS,

                       **INDICTMENT**

    Defendant.
_____/

The Grand Jury charges:

(Possession with Intent to Distribute Controlled Substances)

On or about July 24, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

THOMAS CHARLES DAVIS,

knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION
### (Possession with Intent to Distribute Controlled Substances)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1) set forth in this Indictment, the defendant,

THOMAS CHARLES DAVIS,

shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to: $3,158 U.S. currency seized from the defendant's apartment on S. Rose Street, Kalamazoo, Michigan, on or about July 24, 2024.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DANIEL T. McGRAW
Assistant United States Attorney